UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| DANNY JASPON LEDFORD and GRETCHEN ELIZABETH LEDFORD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SOFTING, INC. and THERESA L. MCMANUS, | ) ) ) ) |
| Defendants. | ) ) |

Civil Action Number _____

## NOTICE OF REMOVAL

Defendants Softing, Inc. ("Softing") and Theresa L. McManus ("McManus") respectfully submit this Notice of Removal and remove this action from the Circuit Court for Knox County, Tennessee, where it presently is pending, to the United States District Court for the Eastern District of Tennessee. In support of their Notice of Removal, Defendants show the Court as follows:

1. On November 17, 2023, Plaintiffs Danny Jaspon Ledford and Gretchen Elizabeth Ledford filed a Complaint against Defendants in the Circuit Court for Knox County, Tennessee, the case being styled *Danny Jaspon Ledford and Gretchen Elizabeth Ledford v. Softing, Inc. and Theresa L. McManus*; Civil Action Number 2-332-23.

2. On November 27, 2023, Softing was served with the Summons and Complaint. On December 11, 2023, McManus was served with the Summons and Complaint. *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .").

3. All pleadings that Plaintiffs filed in the Circuit Court for Knox County, Tennessee are attached hereto as collective Exhibit A. *See* 28 U.S.C. § 1446(a) (A defendant or defendants desiring to remove any civil action from a state court shall file "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.").

4. While not entirely clear, it appears that Plaintiffs may attempt to assert both federal and state claims against Defendants. Indeed, Plaintiffs have enumerated the following claims in their Complaint: (a) negligent and intentional infliction of emotional distress; (b) constructive discharge and retaliation; (c) sexual harassment; (d) negligence; and (e) loss of consortium. Certain of these claims arise under both federal and state law, and Plaintiffs do not specify whether they intend to assert federal claims, state claims, or both against Defendants. Certain allegations suggest that Plaintiffs may intend to assert federal claims against Defendants. Specifically, Plaintiffs reference a Tennessee statute -- namely, T.C.A. § 25-1-106 -- in the context of their loss of consortium claim but do not reference any Tennessee statutes in the context of their other claims. (Complaint ¶ 50). Along with this, Plaintiffs attached to their Complaint a Determination and Notice of Rights that the United States Equal Employment Opportunity Commission provided to Danny Ledford, which necessarily implicates the assertion of federal claims. To the extent that Plaintiffs intend to assert federal claims against Defendants, the Court has original subject matter jurisdiction over this action because the Complaint necessarily would present a federal question. *See* 28 U.S.C. § 1441(b).

5. The Court also has supplemental jurisdiction over any state law claims that are raised by Plaintiffs pursuant to 28 U.S.C. § 1367(a).

6. Venue for this action is proper in this Court as the district and division embracing the location where the state action is pending. *See* 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court Clerk for Knox, County, Tennessee and served on Plaintiffs.

Based upon the foregoing, Defendants respectfully remove the above-captioned case from the Circuit Court for Knox County, Tennessee to this Court.

Respectfully submitted,

/s/ Erin Palmer Polly
Erin Palmer Polly (#22221)
erin.polly@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendant Softing, Inc.*

/s/ J. Keith Coates, Jr.
J. Keith Coates, Jr. (#25839)
kcoates@wmbac.com
Woolf, McClane, Bright, Allen & Carpenter, PLLC
900 Riverview Tower
900 South Gay Street
Knoxville, Tennessee 37902
(865) 215-1000
(865) 215-1001

*Counsel for Defendant Theresa L. McManus*

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this December 27, 2023, on the following:

Lucas I. Abbott
Shield Wall Legal, P.C.
576 South Foothills Plaza Drive, Suite 1056
Maryville, Tennessee 37801

/s/ Erin Palmer Polly